**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRL DIVISION**

KENNETH RAY WEAVER
ACC #554012                                                                                    PLAINTIFF

v.                                                    4:26-cv-00579-JM

LANE, Captain,
Arkansas Community Corrections                                                DEFENDANT

## ORDER

Plaintiff Kenneth Ray Weaver has not complied with the June 15, 2026 Order giving him thirty days to either pay the filing fee in full or file a Motion to Proceed *In Forma Pauperis.*   (Doc. 2.)   The time to do so has passed.

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.   *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of July 2026.

_____
UNITED STATES DISTRICT JUDGE